David L. Mortensen (#8242)
dmortensen@foley.com
Brandon T. Christensen (#16420)
bchristensen@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900

*Attorneys for Defendants Connie Greenawalt
and Eastern 1031 Starker Exchange, LLP*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TOMAC TRUST; ROYAL WEST PROPERTIES, LLC; WAYNE B BULAU IRREVOCABLE TRUST; THE REVOCABLE TRUST AGREEMENT OF JAMES A. HERBERT; JANICE YOUNG; THE J. LYNN KNEEDY TRUST; JOHN KURTZ; THE MARJORIE ANN REID TRUST; BENJAMIN ALLEN; ELIZABETH CARLSTON; JSGV PROPERTIES, LLC; MAXHAN HOLDINGS, LLC; WINDMILL PROPERTIES II, LLC; IVAN WARNER; GREEN COVE INVESTMENTS, LLC; QUAKING ASPEN PROPERTIES, LLC; JOAN ALICE BEFORT LIVING TRUST; JAYBIRD INTER VIVOS REVOCABLE TRUST, <br><br>            Plaintiffs, <br><br>    v. <br><br>MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1; 13 INVESTMENTS, LLC; COLLIERS INTERNATIONAL; JAMES YEATES; LEW CRAMER; BRANDON FUGAL; KEVIN LONG; BRENT SMITH; THOMAS SMITH; MARK MACHLIS; SPENCER TAYLOR; | **JOINDER IN STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE** <br><br> Civil No. 2:24-cv-00774-DBP <br><br> Magistrate Judge Dustin B. Pead |

| | |
|---|---|
| JAMIE ANDERSON; PAXTON POTHIER; JERALD ADAM LONG; MICHAEL BERSIE; BRIAN MARTINEZ; ILLEANA STOCCO; KKM DIAGNOSTIC IMAGING GROUP, INC.; NEUROMED, INC.; SCOTT RUTHERFORD; EQUITY SUMMIT GROUP; ELEVATED 1031; STACIE STEWART; CONNIE GREENAWALT; EASTERN 1031 STARKER EXCHANGE, LLP; GREEN IVY REALTY, INC.; ASHLEY WOLOCATIUK,<br><br>                    Defendants. | |

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and DUCivR 16-2, defendants Connie Greenawalt and Eastern 1031 Starker Exchange, LLP ("Starker Defendants") hereby join in the Stipulated Motion for Judicial Settlement Conference (Dkt. 27), which was amended on December 16, 2024. (Dkt. 36.) and granted on January 14, 2025. (Dkt. 44-45.) The Starker Defendants respectfully request that the Court allow the Starker Defendants to participate in the upcoming judicial settlement conference. A proposed order allowing them to participate in the judicial conference is being submitted contemporaneously herewith.

DATED:  January 16, 2025                FOLEY & LARDNER LLP


                                        /s/ David L. Mortensen
                                        David L. Mortensen
                                        Brandon T. Christensen

                                        *Attorneys for Connie Greenawalt and Eastern 1031 Starker Exchange, LLP*

4927-6773-9407.1