*Order Prepared and Submitted by:*

David L. Mortensen (#8242)
dmortensen@foley.com
Brandon T. Christensen (#16420)
bchristensen@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900

*Attorneys for Defendants Connie Greenawalt
and Eastern 1031 Starker Exchange, LLP*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TOMAC TRUST; ROYAL WEST PROPERTIES, LLC; WAYNE B BULAU IRREVOCABLE TRUST; THE REVOCABLE TRUST AGREEMENT OF JAMES A. HERBERT; JANICE YOUNG; THE J. LYNN KNEEDY TRUST; JOHN KURTZ; THE MARJORIE ANN REID TRUST; BENJAMIN ALLEN; ELIZABETH CARLSTON; JSGV PROPERTIES, LLC; MAXHAN HOLDINGS, LLC; WINDMILL PROPERTIES II, LLC; IVAN WARNER; GREEN COVE INVESTMENTS, LLC; QUAKING ASPEN PROPERTIES, LLC; JOAN ALICE BEFORT LIVING TRUST; JAYBIRD INTER VIVOS REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1; 13 INVESTMENTS, LLC; COLLIERS INTERNATIONAL; JAMES YEATES; LEW CRAMER; BRANDON FUGAL; KEVIN | **ORDER GRANTING JOINDER TO STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE**<br><br>Civil No. 2:24-cv-00774-DBP<br><br>Magistrate Judge Dustin B. Pead |

| | |
|---|---|
| LONG; BRENT SMITH; THOMAS SMITH; MARK MACHLIS; SPENCER TAYLOR; JAMIE ANDERSON; PAXTON POTHIER; JERALD ADAM LONG; MICHAEL BERSIE; BRIAN MARTINEZ; ILLEANA STOCCO; KKM DIAGNOSTIC IMAGING GROUP, INC.; NEUROMED, INC.; SCOTT RUTHERFORD; EQUITY SUMMIT GROUP; ELEVATED 1031; STACIE STEWART; CONNIE GREENAWALT; EASTERN 1031 STARKER EXCHANGE, LLP; GREEN IVY REALTY, INC.; ASHLEY WOLOCATIUK, | |
| Defendants. | |

This matter comes before the Court on Connie Greenawalt and Eastern 1031 Starker Exchange, LLP's Joinder in Stipulated Motion for Judicial Settlement Conference ("Joinder"), filed on January 16, 2025. The Court, having considered the Joinder and for good cause appearing, hereby GRANTS the Joinder and ORDERS as follows: Connie Greenawalt and Eastern 1031 Starker Exchange, LLP shall participate in the judicial settlement conference that was previously ordered. (Dkt. 44.)

IT IS SO ORDERED.

DATED this the ___ day of January, 2025.

BY THE COURT:

_____
Magistrate Judge Dustin B. Pead

2

4925-9682-1775.1