THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| TOMAC TRUST, ROYAL WEST PROPERTIES, LLC, ET AL.<br><br>Plaintiff,<br><br>vs.<br><br>MILLCREEK COMMERCIAL PROPERTIES, LLC, ET AL.<br><br>Defendant. | **Third Joinder in Stipulated Motion for Judicial Settlement Conference (by 13 Investments, LLC)**<br><br>Case Number: 2:24-cv-00774-DBP<br><br>Magistrate Judge Dustin B. Pead |

Under DUCivR 16-3, the undersigned party hereby joins in the stipulated motion for judicial settlement conference.

13 INVESTMENTS, LLC

/S/ Mark Machlis*                                     Date: 1/23/2025
By: Mark Machlis
*Member/Manager*
* per authority given by email on 1/23/24