WILLIAM B. HELFAND #16686
DOUGLAS C. SMITH #10805
ANDREW R. WELCH, #14028
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2318
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Douglas.Smith@lewisbrisbois.com
Andrew.Welch@lewisbrisbois.com

*Attorneys for Defendant Colliers International,*
*James Yates, Lew Cramer, and Brandon Fugal*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TOMAC TRUST, et al.;<br><br>    Plaintiffs<br><br>v.<br><br>MILLCREEK COMMERCIAL PROPERTIES, LLC, et al.;<br><br>    Defendants | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>**Civil No. 2:24-CV-00774 DBP**<br><br>Magistrate Judge Dustin B. Pead |

TO THE COURT AND ALL COUNSEL:

PLEASE TAKE NOTICE that Attorneys William S. Helfand, Douglas C. Smith, and Andrew R. Welch of the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby enter their appearance as counsel of record for Defendants Colliers International, James Yates, Lew Cramer, and Brandon Fugal, effectively immediate in substitution of counsel of record for Andrew V. Wright, David Bradford Nielson, and James D. Gilson of the law firm of Dentons Durham Jones & Pinegar, P.C. William S. Helfand will serve as lead counsel.

157969459.1

DATED:  May 30, 2025

*(New Counsel)*
**LEWIS BRISBOIS BISGAARD & SMITH** LLP

By: */s/ Douglas C. Smith*
    William B. Helfand
    Douglas C. Smith
    Andrew R. Welch
    Attorneys for Defendant
    COLLIERS INTERNATIONAL

DATED:  May 30, 2025

*(Former Counsel)*
**DENTONS DURHAM JONES & PINEGAR PC**

By: */s/ Andrew V. Wright (signed with permission)*
    Andrew V. Wright
    David Bradford Nielson
    James D. Gilson
    Attorneys for Defendant
    COLLIERS INTERNATIONAL

157969459.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of May, 2025, I caused a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to be electronically filed via the CM/ECF system, which sent notification of such filing to all counsel of record in this case.

/s/ Belle Wade