WILLIAM B. HELFAND #16686
DOUGLAS C. SMITH #10805
ANDREW R. WELCH, #14028
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2318
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Douglas.Smith@lewisbrisbois.com
Andrew.Welch@lewisbrisbois.com

*Attorneys for Defendant Colliers International,
James Yates, Lew Cramer, and Brandon Fugal*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TOMAC TRUST, et al.;<br><br>Plaintiffs<br><br>v.<br><br>MILLCREEK COMMERCIAL PROPERTIES, LLC, et al.;<br><br>Defendants | **ORDER GRANTING STIPULATED MOTION TO STAY DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**Civil No. 2:24-CV-00774 DBP**<br><br>Magistrate Judge Dustin B. Pead |

This matter comes before the Court on Defendants Colliers International, James Yates, Lew Cramer, and Brandon Fugal (the "Colliers Defendants") and Plaintiffs' Stipulated Motion to Stay Deadline Respond to First Amended Complaint (the "Stipulated Motion"), filed on April 22, 2025. The Court, having considered the Stipulated Motion and for good cause appearing, hereby GRANTS the Stipulated Motion and ORDERS as follows: Plaintiffs claims against Colliers Defendants, including the deadline to respond to the First Amended Complaint, are hereby stayed pending resolution of the judicial settlement conference. If a settlement is not

reached as to Defendant Pothier, they shall respond to the First Amended Complaint within twenty-one (21) days after the judicial settlement conference concludes.

DATED this ___ day of May, 2025.

BY THE COURT:

_____
Magistrate Judge Dustin B. Pead