IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TOMAC TRUST, et al.;<br><br>    Plaintiffs<br><br>v.<br><br>MILLCREEK COMMERCIAL PROPERTIES, LLC, et al.;<br><br>    Defendants | **ORDER GRANTING STIPULATED MOTION TO STAY DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**Civil No. 2:24-CV-00774 DBP**<br><br>Chief Magistrate Judge Dustin B. Pead |

This matter comes before the Court on Defendants Colliers International, James Yates, Lew Cramer, and Brandon Fugal (the "Colliers Defendants") and Plaintiffs' Stipulated Motion to Stay Deadline Respond to First Amended Complaint (the "Stipulated Motion"), filed on April 22, 2025. The Court, having considered the Stipulated Motion and for good cause appearing, hereby GRANTS the Stipulated Motion and ORDERS as follows: Plaintiffs claims against Colliers Defendants, including the deadline to respond to the First Amended Complaint, are hereby stayed pending resolution of the judicial settlement conference. If a settlement is not

reached as to Defendant Pothier, they shall respond to the First Amended Complaint within twenty-one (21) days after the judicial settlement conference concludes.

DATED this 2 day of June, 2025.

BY THE COURT:

_____
Magistrate Judge Dustin B. Pead