THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TOMAC TRUST, ROYAL WEST PROPERTIES, LLC, ET AL, <br><br> Plaintiffs, <br> v. <br><br> MILLCREEK COMMERCIAL PROPERTIES, LLC, ET AL, <br><br> Defendants. | ORDER RE MOTION FOR SCHEDULING CONFERENCE <br><br> Case No. 2:24-cv-00774-DBP <br><br> Chief Magistrate Judge Dustin B. Pead |

Before the court is the Plaintiffs' Motion for Scheduling Conference.[1] Plaintiffs seek a scheduling conference to establish the dates and deadlines in this case, including the date by which Plaintiffs may file another amended complaint.

Following many orders entered by the court staying deadlines to allow the parties to pursue settlement, on July 31, 2025, it became clear that settlement was not feasible at this time for most parties.[2] Plaintiffs then moved for a scheduling conference. The court directs the parties to the Order to Propose Schedule entered on October 17, 2024.[3] in this case. That Order sets forth the procedure for scheduling. In harmony with that Order, the court orders as follows:

Within 14 days of this Order, Plaintiffs are to propose a schedule to Defendants in the form of a draft attorney planning meeting report.

Responses to the First Amended Complaint are due 21 days from July 31, 2025.

---

[1] ECF No. 139.

[2] Docket Text Order, ECF No. 138.

[3] ECR No. 13.

Within 35 days after the first answer is filed, the partes are to comply with the requirements set forth in the Order to Propose Schedule. If the parties are unable to reach agreement on all issues required to be discussed in their Fed. R. Civ. P. 26(f) conference, then the parties are to submit to the court their respective proposed schedules noting where the parties could not reach agreement. After reviewing the parties' submissions, the court will then enter a schedule.

    IT IS SO ORDERED.

    DATED this 5 August 2025.

_____
Dustin B. Pead
United States Magistrate Judge