Brett N. Anderson (#11809)
Blackburn & Stoll, LC
257 E. 200 S., Suite 800
Salt Lake City, UT 84111
801-578-3540
bretta@blackburn-stoll.com

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| TOMAC TRUST, ROYAL WEST PROPERTIES, LLC, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>MILLCREEK COMMERCIAL PROPERTIES, LLC, ET AL.<br><br>Defendants. | REQUEST FOR RULING ON MOTION TO FILE SECOND AMENDED COMPLAINT<br><br>Case Number: 2:24-cv-00774-DBP<br><br>Magistrate Judge Dustin B. Pead |

      Plaintiffs moved the Court for leave to file a second amended complaint. The motion was filed on August 29, 2025 (Dckt No. 161), which included a proposed second amended complaint (Dckt No. 161-1). While several parties informally stipulated to the filing of the second amended complaint, no party filed an opposition to the motion. The motion is unopposed. Plaintiffs, therefore, respectfully request a ruling on the unopposed motion for leave to file a second amended complaint.

      Dated this 1st Day of October, 2025

                                                                          BLACKBURN & STOLL, LC

                                                                          /S/ Brett N. Anderson
                                                                          Brett N. Anderson
                                                                          Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2025, I caused to be served a true and correct copy of the foregoing **REQUEST FOR RULING ON MOTION TO FILE SECOND AMENDED COMPLAINT** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/   Brett N. Anderson