THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TOMAC TRUST, ROYAL WEST PROPERTIES, LLC, ET AL,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>MILLCREEK COMMERCIAL PROPERTIES, LLC, ET AL,<br><br>　　　　　　Defendants. | ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT<br><br>Case No. 2:24-cv-00774-DBP<br><br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiffs move the court for leave to file a second amended complaint.[1] To date, the parties participated in a judicial settlement conference and Plaintiffs settled with several Defendants. No parties have filed an answer and there are stipulations in place allowing Defendants to file an answer or response after the instant motion is considered.

Federal Rule of Civil Procedure 15 provides that leave to amend should be freely given when justice so requires. "Rule 15 was promulgated to provide the maximum opportunity for each claim to be decided on its merits rather than on procedural niceties."[2] As noted by the Supreme Court,

> If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'[3]

---

[1] ECF No. 161.

[2] *Hardin v. Manitowoc-Forsythe Corp.*, 691 F.2d 449, 456 (10th Cir. 1982).

[3] *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230, 9 L. Ed. 2d 222 (1962).

Here, no party has objected to the motion, the case is in its relative infancy, and there is not any apparent or declared reason to deny the motion.

Accordingly, Plaintiff's Motion for Leave to Tile Second Amended Complaint is GRANTED.

IT IS SO ORDERED.

DATED this 10 October 2025.

_____
Dustin B. Pead
United States Magistrate Judge