# City of South Jordan
**Building and Safety Division**



# *Certificate of Occupancy*

**This certificate issued pursuant to the requirements of the International Building Code certifying that at the time of issuance this structure was in compliance with the various ordinances of the City regulating building construction or use for the following address.**

Building Address:  3583 W 9800 S South Jordan, UT 84095

Project Number:  PRCR202300104

Permits:  PRCR202300104-BD1                    Permit Issued:  01/27/2023

Contact Name:  Slope Construction, LLC

Contact Address:  1064 S North Country Blvd Ste 350 Pleasant Grove, 84062

Description:  TI/NEURAGENEX
ELISON MEDICAL BUILDING/SUITES 102 & 202
MAX OCCUPANT LOAD SUITE 102: 27
MAX OCCUPANT LOAD SUITE 202: 33

Occupancy Type:  Business

Const Type:  Type VB (Unprotected)

APN:  27084010400000

Date:  December 05, 2023

Approved By:

_____
Building Official

# City of South Jordan
**Building and Safety Division**



**This Certificate shall be posted in a conspicuous place on the premises and shall not be removed except by the Building Official.**