John A. Snow (3125)
PARSONS, BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JSnow@parsonsbehle.com

*Attorneys for Scott Rutherford, and*
*Equity Summit Group*

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHERYL TOMAC, an individual and trustee of the Tomac Trust, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>MILLCREEK COMMERCIAL PROPERTIES LLC, et al.,<br><br>    Defendants. | **ANSWER OF SCOTT RUTHERFORD AND EQUITY SUMMIT GROUP TO SECOND AMENDED COMPLAINT**<br><br>Case No. 2:24-cv-00774-DBP |

Defendants Scott Rutherford ("**Rutherford**") and Equity Summit Group ("**Equity Summit,**" jointly "**these Defendants**") answer the Second Amended Complaint (the "**Complaint**") filed by Plaintiffs, and admit, deny, and allege as follows:

## FIRST DEFENSE

The Complaint fails to state a claim against these Defendants upon which relief may be granted.

## SECOND DEFENSE

Answering the specific allegations contained in the Complaint, on a paragraph-by-paragraph basis, these Defendants state as follows:

## INTRODUCTION AND BACKGROUND

1.     These Defendants deny the allegations contained in Paragraph 1 of the Complaint on the grounds the Paragraph does not comply with Rule 10 of the Federal Rules of Civil Procedure. Further, except as otherwise specifically admitted hereafter, these defendants deny the allegations contained in Paragraph 1 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1, and, on said grounds, deny the same.

2.     These Defendants deny the allegations contained in Paragraph 2 of the Complaint on the grounds the Paragraph does not comply with Rule 10 of the Federal Rules of Civil Procedure. Further, except as otherwise specifically admitted hereafter, these defendants deny the allegations contained in Paragraph 2 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2, and, on said grounds, deny the same.

3.     These Defendants deny the allegations contained in Paragraph 3 of the Complaint on the grounds that the Paragraph does not comply with Rule 10 of the Federal Rules of Civil Procedure. Except as otherwise specifically admitted hereafter, these defendants deny the allegations contained in Paragraph 3 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3, and, on said grounds, deny the same.

4.     These defendants deny the allegations contained in Paragraph 4 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 4, and, on said grounds, deny the same.

## <u>PARTIES</u>

5.      These defendants deny the allegations contained in Paragraph 5 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 5, and, on said grounds, deny the same.

6.      These defendants deny the allegations contained in Paragraph 6 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 6, and, on said grounds, deny the same.

7.      These defendants deny the allegations contained in Paragraph 7 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7, and, on said grounds, deny the same.

8.      These defendants deny the allegations contained in Paragraph 8 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 8, and, on said grounds, deny the same.

9.      These defendants deny the allegations contained in Paragraph 9 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 9, and, on said grounds, deny the same.

10.    These defendants deny the allegations contained in Paragraph 10 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 10, and, on said grounds, deny the same.

11.    These defendants deny the allegations contained in Paragraph 11 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 11, and, on said grounds, deny the same.

12.    These defendants deny the allegations contained in Paragraph 12 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 12, and, on said grounds, deny the same.

13.    These defendants deny the allegations contained in Paragraph 13 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 13, and, on said grounds, deny the same.

14.    These defendants deny the allegations contained in Paragraph 14 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14, and, on said grounds, deny the same.

15.    These defendants deny the allegations contained in Paragraph 15 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information

4933-3541-3628.v1

sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 15, and, on said grounds, deny the same.

16.     These defendants deny the allegations contained in Paragraph 16 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 16, and, on said grounds, deny the same.

17.     These defendants deny the allegations contained in Paragraph 17 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 17, and, on said grounds, deny the same.

18.     These defendants deny the allegations contained in Paragraph 18 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 18, and, on said grounds, deny the same.

19.     These defendants deny the allegations contained in Paragraph 19 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19, and, on said grounds, deny the same.

20.     These defendants deny the allegations contained in Paragraph 20 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 20, and, on said grounds, deny the same.

4933-3541-3628.v1

21.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint and, on said grounds, deny the same.

22.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint and, on said grounds, deny the same.

23.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint and, on said grounds, deny the same.

24.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint and, on said grounds, deny the same.

25.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint and, on said grounds, deny the same.

26.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint and, on said grounds, deny the same.

27.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint and, on said grounds, deny the same.

28.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint and, on said grounds, deny the same.

29.     These Defendants admit that Equity is a Utah professional corporation with its principal place of business in Utah that is registered to do business in Utah. These Defendants deny the remaining allegations contained in Paragraph 29 of the Complaint.

30.     These Defendants admit that Rutherford is an individual residing in Utah and was a licensed real estate agent associated with Equity Summit. These Defendants deny the remaining allegations contained in Paragraph 30 of the Complaint.

31.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint and, on said grounds, deny the same.

## JURISDICTION AND VENUE

32.     For purposes of this Action only, these Defendants admit the allegations contained in Paragraph 32 of the Complaint but alleged they did not engage in any wrongful conduct.

33.     For purposes of this Action only, these Defendants admit the allegations contained in Paragraph 33 of the Complaint but alleged they did not engage in any wrongful conduct.

34.     For purposes of this Action only, these Defendants admit the allegations contained in Paragraph 34 of the Complaint but alleged they did not engage in any wrongful conduct.

35.     Defendants deny the allegations contained in Paragraph 35 of the Complaint.

8

## FACTUAL BACKGROUND

36.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint and, on said grounds, deny the same.

37.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint and, on said grounds, deny the same.

38.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint and, on said grounds, deny the same.[1]

39.     These defendants deny the allegations contained in Paragraph 39 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 39, and, on said grounds, deny the same.

40.     Any document referred to in Paragraph 40 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 40 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 40, and, on said grounds, deny the same.

---

[1]  In this Answer, a denial on any grounds of an allegations in a Paragraph of the Complaint includes a denial of all footnotes contained in that Paragraph.

41.     These defendants deny the allegations contained in Paragraph 41 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 41, and, on said grounds, deny the same.

42.     These defendants deny the allegations contained in Paragraph 42 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 42, and, on said grounds, deny the same.

43.     Any document referred to in Paragraph 43 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe. These defendants deny the remaining allegations contained in Paragraph 43 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 43, and, on said grounds, deny the same.

44.     Any document referred to in Paragraph 44 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 44 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 44, and, on said grounds, deny the same.

45.     Any document referred to in Paragraph 45 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations

4933-3541-3628.v1

contained in Paragraph 45 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 45, and, on said grounds, deny the same.

46.     Any document referred to in Paragraph 46 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 46 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 46, and, on said grounds, deny the same.

47.     Any document referred to in Paragraph 47 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 47 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 47, and, on said grounds, deny the same.

48.     Any document referred to in Paragraph 46 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 48 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 46, and, on said grounds, deny the same.

49.     Any document referred to in Paragraph 49 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon

or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 49 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 46, and, on said grounds, deny the same.

50.     These defendants deny the allegations contained in Paragraph 50 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 50, and, on said grounds, deny the same.

51.     These defendants deny the allegations contained in Paragraph 51 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 51, and, on said grounds, deny the same.

52.     Any document referred to in Paragraph 52 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 52 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 46, and, on said grounds, deny the same.

53.     These defendants deny the allegations contained in Paragraph 53 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 53, and, on said grounds, deny the same.

54.     These defendants deny the allegations contained in Paragraph 54 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 54, and, on said grounds, deny the same.

55.     Any document referred to in Paragraph 55 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely Plaintiffs upon or attempt to construe any such document. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 55, and, on said grounds, deny the same.

56.     Any document referred to in Paragraph 56 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 56 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 56, and, on said grounds, deny the same.

57.     These defendants deny the allegations contained in Paragraph 57 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 57, and, on said grounds, deny the same.

58.     These defendants deny the allegations contained in Paragraph 58 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 58, and, on said grounds, deny the same.

59.     Any document referred to in Paragraph 59 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 59 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 59, and, on said grounds, deny the same.

60.     Any document referred to in Paragraph 60 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 60 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 60, and, on said grounds, deny the same.

61.     These defendants deny the allegations contained in Paragraph 61 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 61, and, on said grounds, deny the same.

62.     Any document referred to in Paragraph 62 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 62 of the Complaint.

63.     Any document referred to in Paragraph 63 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon

or attempt to construe any such document. These Defendants deny the remaining allegations contained in Paragraph 63 of the Complaint.

64.    Any document referred to in Paragraph 64 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 64 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 64, and, on said grounds, deny the same.

65.    Any document referred to in Paragraph 65 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that rely Plaintiffs upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 65 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 46, and, on said grounds, deny the same.

66.    Any document referred to in Paragraph 66 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 66, and, on said grounds, deny the same.

67.    Any document referred to in Paragraph 67 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 67 of the Complaint to the extent they relate to them. These Defendants

4933-3541-3628.v1

are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 67, and, on said grounds, deny the same.

68.     These defendants deny the allegations contained in Paragraph 68 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 68, and, on said grounds, deny the same.

69.     These defendants deny the allegations contained in Paragraph 69 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 69, and, on said grounds, deny the same.

70.     These defendants deny the allegations contained in Paragraph 70 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 70, and, on said grounds, deny the same.

71.     Any document referred to in Paragraph 71 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 71 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 71, and, on said grounds, deny the same.

72.     These defendants deny the allegations contained in Paragraph 72 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information

sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 72, and, on said grounds, deny the same.

73.    Any document referred to in Paragraph 73 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 73 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 73, and, on said grounds, deny the same.

74.    Any document referred to in Paragraph 74 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that rely upon or attempt to construe any such document. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 74, and, on said grounds, deny the same.

75.    Any document referred to in Paragraph 75 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 75 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 46, and, on said grounds, deny the same.

76.    Any document referred to in Paragraph 76 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 76 of the Complaint to the extent they relate to them. These Defendants

4933-3541-3628.v1

are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 76, and, on said grounds, deny the same.

77.     Any document referred to in Paragraph 77 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 77 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 77, and, on said grounds, deny the same.

78.     These defendants deny the allegations contained in Paragraph 78 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 78, and, on said grounds, deny the same.

79.     These defendants deny the allegations contained in Paragraph 79 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 79, and, on said grounds, deny the same.

80.     These defendants deny the allegations contained in Paragraph 80 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 80, and, on said grounds, deny the same.

81.     Any document referred to in Paragraph 81 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations

contained in Paragraph 81 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 81, and, on said grounds, deny the same.

82.     These defendants deny the allegations contained in Paragraph 82 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 82, and, on said grounds, deny the same.

83.     These defendants deny the allegations contained in Paragraph 83 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 83, and, on said grounds, deny the same.

84.     These defendants deny the allegations contained in Paragraph 84 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 84, and, on said grounds, deny the same.

85.     These defendants deny the allegations contained in Paragraph 85 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 85, and, on said grounds, deny the same.

86.     Any document referred to in Paragraph 86 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 86 of the Complaint to the extent they relate to them. These Defendants

are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 86, and, on said grounds, deny the same.

87.    Any document referred to in Paragraph 87 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 87, and, on said grounds, deny the same.

88.    Any document referred to in Paragraph 88 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These defendants deny the remaining allegations contained in Paragraph 88 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of all remaining allegations contained in Paragraph 88, and, on said grounds, deny the same.

89.    These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89, and, on said grounds, deny the same.

90.    Any document referred to in Paragraph 90 of the Complaint speaks for itself, and on said grounds, these Defendants deny the allegation in that Paragraph that Plaintiffs rely upon or attempt to construe any such document. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 90, and, on said grounds, deny the same.

## CAUSES OF ACTION

91.     The foregoing admissions, denials, and allegations by this reference are hereby incorporated into the response of these defendants to Paragraph 91 of the Complaint.

92.     These defendants deny the allegations contained in Paragraph 92 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 92, and, on said grounds, deny the same.

93.     These defendants deny the allegations contained in Paragraph 93 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 93, and, on said grounds, deny the same.

## FIRST CAUSE OF ACTION

94.     The foregoing admissions, denials, and allegations by this reference are hereby incorporated into the response of these defendants to Paragraph 94 of the Complaint.

95.     The allegations contained in Paragraph 95 of the Complaint are issues of law of the Court and therefore require no response. To the extent a required, these defendants deny the allegations contained in Paragraph 95 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 95, and, on said grounds, deny the same.

96.     These defendants deny the allegations contained in Paragraph 96 of the Complaint to the extent they relate to them and allege that these Defendants made any misrepresentations or wrongfully omitted facts or information that should have been disclosed. These Defendants are

without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 96, and, on said grounds, deny the same.

97.     These defendants deny the allegations contained in Paragraph 97 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 97, and, on said grounds, deny the same.

98.     These defendants deny the allegations contained in Paragraph 98 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 98, and, on said grounds, deny the same.

99.     These defendants deny the allegations contained in Paragraph 99 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 99, and, on said grounds, deny the same.

100.     These defendants deny the allegations contained in Paragraph 100 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 100, and, on said grounds, deny the same.

101.     These defendants deny the allegations contained in Paragraph 101 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 101, and, on said grounds, deny the same.

102.     These defendants deny the allegations contained in Paragraph 102 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 102, and, on said grounds, deny the same.

103.     These defendants deny the allegations contained in Paragraph 103 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 103, and, on said grounds, deny the same.

104.     These defendants deny the allegations contained in Paragraph 104 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 104, and, on said grounds, deny the same.

**SECOND CAUSE OF ACTION**

105.     The foregoing admissions, denials, and allegations by this reference are hereby incorporated into the response of these defendants to Paragraph 105 of the Complaint.

106.      These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 of the Complaint, and, on said grounds, deny the same.

107.     These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 of the Complaint, and, on said grounds, deny the same.

108.    These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 of the Complaint, and, on said grounds, deny the same.

109.    These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of the Complaint, and, on said grounds, deny the same.

110.    These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of the Complaint, and, on said grounds, deny the same.

### THIRD CAUSE OF ACTION

111.    The foregoing admissions, denials, and allegations by this reference are hereby incorporated into the response of these defendants to Paragraph 111 of the Complaint.

112.    These Defendants deny the allegations contained in Paragraph 112 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 112, and, on said grounds, deny the same.

113.    These Defendants deny the allegations contained in Paragraph 113 of the Complaint to the extent they relate to them and allege that these Defendants did not engage in any tortious conduct. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 113, and, on said grounds, deny the same.

114.    These Defendants deny the allegations contained in Paragraph 114 of the Complaint to the extent they relate to them. These Defendants are without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 114, and, on said grounds, deny the same.

115.     These Defendants deny the allegations contained in Paragraph 115 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 115, and, on said grounds, deny the same.

116.     These Defendants deny the allegations contained in Paragraph 116 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 116, and, on said grounds, deny the same.

117.     These Defendants deny the allegations contained in Paragraph 117 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 117, and, on said grounds, deny the same.

118.     These Defendants deny the allegations contained in Paragraph 118 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 118, and, on said grounds, deny the same.

119.     These Defendants deny the allegations contained in Paragraph 119 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 119, and, on said grounds, deny the same.

4933-3541-3628.v1

120.     These Defendants deny the allegations contained in Paragraph 120 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 120, and, on said grounds, deny the same.

121.     These Defendants deny the allegations contained in Paragraph 121 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 121, and, on said grounds, deny the same.

122.     These Defendants deny the allegations contained in Paragraph 122 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 122, and, on said grounds, deny the same.

## FOURTH CAUSE OF ACTION

123.     The foregoing admissions, denials, and allegations by this reference are hereby incorporated into the response of these defendants to Paragraph 123 of the Complaint.

124.     These Defendants deny the allegations contained in Paragraph 124 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 124, and, on said grounds, deny the same.

125.     These Defendants admit that a commission was paid, but deny the remaining allegations contained in Paragraph 125 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 125, and, on said grounds, deny the same.

4933-3541-3628.v1

126.     These Defendants deny the allegations contained in Paragraph 126 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 126, and, on said grounds, deny the same.

127.     These Defendants deny the allegations contained in Paragraph 127 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 127, and, on said grounds, deny the same.

128.     These defendants deny the allegations contained in Paragraph 128 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 128, and, on said grounds, deny the same.

129.     These defendants deny the allegations contained in Paragraph 129 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 129, and, on said grounds, deny the same.

## FIFTH CAUSE OF ACTION

130.     The foregoing admissions, denials, and allegations by this reference are hereby incorporated into the response of these defendants to Paragraph 130 of the Complaint

131.     These defendants deny the allegations contained in Paragraph 131 of the Complaint to the extent they relate to them and specifically deny that these Defendants made false statements about vital facts regarding any transaction subject to this Action, which includes representations within the marketing materials and the representations or omissions made to each

of the named Plaintiffs. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 131 of the Complaint, and, on said grounds, deny the same.

132.     These defendants deny the allegations contained in Paragraph 132 of the Complaint to the extent they relate to them and specifically deny that these Defendants made misrepresentations of any kind regarding any transaction subject to this Action. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 132 of the Complaint, and, on said grounds, deny the same.

133.     These defendants deny the allegations contained in Paragraph 133 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 133 of the Complaint, and, on said grounds, deny the same.

134.     These defendants deny the allegations contained in Paragraph 134 of the Complaint to the extent they relate to them and specifically deny that these Defendants made misrepresentations of any kind regarding any transaction subject to this Action. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 134 of the Complaint, and, on said grounds, deny the same.

135.     These defendants deny the allegations contained in Paragraph 135 of the Complaint to the extent they relate to them and specifically deny that these Defendants made misrepresentations of any kind regarding any transaction subject to this Action. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining allegations contained in Paragraph 135 of the Complaint, and, on said grounds, deny the same.

136.    The allegations contained in Paragraph 136 of the Complaint regarding the duty of these Defendants are issues of law for the Court and require no response. These defendants deny the allegations contained in Paragraph 136 of the Complaint to the extent they relate to them and specifically deny that they engaged in any act or made any misrepresentations, were dishonest, unethical, or incompetent as to any Plaintiff in this Action. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 136, and, on said grounds, deny the same.

137.    These defendants deny the allegations contained in Paragraph 137 of the Complaint to the extent they relate to them and specifically deny that they acted in any wrongful manner as to any Plaintiff in this Action. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 137, and, on said grounds, deny the same.

138.    These defendants deny the allegations contained in Paragraph 138 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 138, and, on said grounds, deny the same.

139.    These defendants deny the allegations contained in Paragraph 139 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 139, and, on said grounds, deny the same.

4933-3541-3628.v1

140.     These defendants deny the allegations contained in Paragraph 140 of the Complaint to the extent they relate to them and specifically deny that they made any misrepresentation to any Plaintiff. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 140, and, on said grounds, deny the same.

## SIXTH CAUSE OF ACTION

141.     The foregoing admissions, denials, and allegations by this reference are hereby incorporated into the response of these defendants to Paragraph 141 of the Complaint.

142.     These defendants deny the allegations contained in Paragraph 142 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 142, and, on said grounds, deny the same.

143.     These defendants deny the allegations contained in Paragraph 143 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 143, and, on said grounds, deny the same.

144.     These defendants deny the allegations contained in Paragraph 144 of the Complaint to the extent they relate to them and specifically deny that these Defendants made any misrepresentation of any kind regarding the transactions subject to this Action. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 144, and, on said grounds, deny the same.

145.     These defendants deny the allegations contained in Paragraph 145 of the Complaint to the extent they relate to them. These Defendants are without knowledge or

4933-3541-3628.v1

information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 145, and, on said grounds, deny the same.

146.    These defendants deny the allegations contained in Paragraph 146 of the Complaint to the extent they relate to them and specifically deny that they made any misrepresentation to any Plaintiff or otherwise engaged in wrongful conduct. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 146, and, on said grounds, deny the same.

147.    These defendants deny the allegations contained in Paragraph 147 of the Complaint to the extent they relate to them. These Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 147, and, on said grounds, deny the same.

## THIRD DEFENSE

The alleged securities and the subject transactions, to the extent that they are deemed securities, are subject to exemptions from registration, whether self-executing or otherwise.

## FOURTH DEFENSE

The alleged securities in the Complaint are not securities under federal or state law.

## FIFTH DEFENSE

Plaintiff's claims against these Defendant are barred because the alleged wrongful conduct was the conduct of others, including the conduct of Plaintiffs and their own fault.

## SIXTH DEFENSE

Plaintiffs' claims are barred or limited as to these Defendants, in whole or in part, by application of the Utah Liability Reform Act, Utah Code §§ 78B-5-817 through -823. Plaintiffs' recovery, if any, should be reduced or barred accordingly. To the extent Plaintiffs' fault was

equal to, or greater than, any negligence or fault upon the part of these Defendants, then Defendants are not liable to Plaintiffs pursuant to the provisions of the Act.

## SEVENTH DEFENSE

Plaintiffs' claims are barred by waiver, expressed or implied, and estoppel.

## EIGHTH DEFENSE

Plaintiffs' claims are barred or limited to the extent they have failed to mitigate their loss, injuries, or damages.

## NINTH DEFENSE

Plaintiffs' claims are barred, in whole or part, because reliance on these Defendants' alleged statements, if any, was not reasonable under the circumstances.

## TENTH DEFENSE

Plaintiffs have failed to satisfy the pleading and substantive requirements of the Private Securities Litigation Reform Act of 1995.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or part, by the doctrines of unclean hands.

## TWELFTH DEFENSE

These defendants did not have the scienter required for liability under certain of the claims.

## THIRTEENTH DEFENSE

These Defendants did not have a fiduciary or confidential relationship with Plaintiffs.

**WHEREFORE**, Defendants Scott Rutherford and Equity Summit Group request judgment in their favor against Plaintiffs dismissing the Complaint, and judgment for such further relief as may be just and equitable.

4933-3541-3628.v1

DATED this 24 day of November, 2025.

PARSONS BEHLE & LATIMER

/s/    *John A. Snow*
John A. Snow
*Attorneys for Scott Rutherford,*
*and Equity Summit Group*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of November, 2025, a true and correct copy of the foregoing **ANSWER OF SCOTT RUTHERFORD AND EQUITY SUMMIT GROUP TO SECOND AMENDED COMPLAINT** was filed electronically with the Court, which sent notification of the filing to all counsel of record in this matter.

*/s/ McKinley Williams*
*Legal Assistant to John A. Snow, Esq.*

4933-3541-3628.v1