

## Neuragenex Treatment Center



# NEURAGENEX | SOUTH JORDAN, UTAH

Office: 385.248.0613 | www.**MILLCREEKCOMMERCIAL**.com

**Millcreek Commercial  |  1064 S North County Blvd, Suite 350, Pleasant Grove, UT 84062**



Neuragenex  |  South Jordan, UT

## Property Information

| | |
|---|---|
| Tenant | Neuragenex (Anchor Tenant) |
| Location | 3583 W 9800 S, South Jordan, UT |
| Property Type | Freestanding, Medical |
| Building Size | 13,526 Square Feet |
| Purchase Price | $10,294,362.96 |
| Cap Rate | 6.50% |



**Neuragenex** stands as the nation's most rapidly growing healthcare brand and platform, poised to expand from its current 15 operating locations to an impressive 56 within the next year. Founded by medical professionals, Neuragenex Treatment Centers was established to provide patients with access to pain relief without surgery, drugs or invasive treatments through high pulse external electrical stimulation and specialized hydration therapy.

**P4 Pharmacy** (SUITE 101) With a dedication to providing medication support for long term care health/hospice patients and assisted living communities, P4 offers compliance packaging, delivery, medication consultation, and 24 hr medication support services.

**Elison Orthodontics** (SUITE 201) With two locations and a team to support their patients' ortho needs, Elison supports patients of all ages. Their purpose is not only to straighten teeth, but to improve lives through a lifetime of beautiful smiles.

## South Jordan, UT

South Jordan is a city in south central Salt Lake County, Utah, 18 miles south of Salt Lake City. The city lies in the Salt Lake Valley along the banks of the Jordan River between the Oquirrh Mountains and the Wasatch Mountains. The city has 3.5 miles of the Jordan River Parkway that contains fishing ponds, trails, parks, and natural habitats.

## About Tenant In Common

Tenant in common or TIC ownership allows two or more people to hold an ownership interest in a property. Each property owner or business entity holds its own separate stake in the property and receives a deed. Their interests do not have to be equal.

This Millcreek Commercial property has the following characteristics:

• Property is offered debt-free
• Long-term, corporate-guaranteed lease
• Satisfies IRS requirements for 1031 exchanges
• NNN Leased

Office | 385.248.0613

www.**MILLCREEKCOMMERCIAL**.com

## Lease Information

| | |
|---|---|
| Lease Guarantor | Personal; President, Founder, CEO |
| Initial Lease Term | 20 years, 8 years* |
| Rent Increases | 2% annually |
| 8 Yr. Avg. Return | 7.03% |

| YEAR | Combined Rents | Combined Cap Rates |
|---|---|---|
| Year 1 | $682,782 | 6.50% |
| Year 2 | $697,922 | 6.64% |
| Year 3 | $713,409 | 6.79% |
| Year 4 | $729,251 | 6.94% |
| Year 5 | $745,458 | 7.09% |
| Year 6 | $762,038 | 7.25% |
| Year 7* | $778,999 | 7.41% |
| Year 8* | $796,351 | 7.58% |
| Year 9* | $814,103 | 7.75% |
| Year 10* | $832,265 | 7.92% |
| Year 11* | $850,847 | 8.09% |
| Year 12* | $869,859 | 8.27% |
| Year 13* | $889,310 | 8.46% |
| Year 14* | $909,212 | 8.65% |
| Year 15* | $929,576 | 8.84% |
| Year 16* | $950,412 | 9.04% |
| Year 17* | $971,733 | 9.24% |
| Year 18* | $993,549 | 9.45% |
| Year 19** | $763,213 | 9.66% |
| Year 20** | $778,477 | 9.87% |

*Lease for suites Suites 101 & 102, rent expected to stay similar to these values. **Lease for suites 101 and 102 expired.



Neuragenex  |  South Jordan, UT








Neuragenex | South Jordan, UT

## Main Level Floor Plan



## Second Level Floor Plan



Millcreek Commercial | 1064 S North County Blvd, Suite 350, Pleasant Grove, UT 84062



## Neuragenex Company Overview

Neuragenex stands as the nation's most rapidly growing healthcare brand and platform, poised to expand from its current 15 operating locations to an impressive 56 within the next year. Founded by medical professionals, Neuragenex Treatment Centers was established with the sole purpose of providing patients access to pain relief without resorting to surgery, pharmaceuticals, or invasive procedures. Remarkably, an astounding 90% of Neuragenex clients experience a substantial 50% reduction in pain after just a single round of treatment.

Neuragenex consists of four primary avenues of care:

**Neuragenex Treatment Centers:** Non-opioid non-surgical pain treatment through external electrical stimulation and specialized hydration therapy.

**Neuragenex Comprehensive Care:** Functional medical care for chronic metabolic conditions, behavioral health, and multiple categories of functional integrated healthcare.

**Neuragenex Musculoskeletal:** Advanced FDA approved regenerative medicine treatments and procedures that bring advanced non-surgical treatments to mainstream medical care.

**Neuragenex Dental and Aesthetics:** Cosmetic and general dental program that crosses the divide between dental and aesthetic by offering traditional aesthetic procedures, advanced liposuction techniques, and patented therapies.

Neuragenex is at the forefront of pain treatment, delivering highly effective therapies and protocols that not only alleviate pain but also target the root metabolic conditions responsible for chronic discomfort. Neuragenex introduces the first-ever nationwide network of dual-purpose dental and aesthetic offices, elevating the industry standard to new heights.


**15 LOCATIONS**


**FOUNDED BY DOCTORS**


**INNOVATIVE, NON-INVASIVE, NON-OPIOID, RESEARCH-BASED SOLUTIONS**

**MILLCREEK COMMERCIAL**

Neuragenex  |  South Jordan, UT



## Elison Orthodontics

Elison Orthodontics is dedicated to providing patients and their families with professional and personal orthodontic care. They strive to provide a setting where patients and their families can develop a bond with our team, knowing that their needs are of supreme importance to us. They treat every patient with dignity, respect and appreciation. Their purpose is not only to straighten teeth, but to improve lives through a lifetime of beautiful smiles.

With two office locations, Dr. Elison and his team are able to help multiple patients with their orthodontic needs.

Dr. Timothy Elison, DMD is an Orthodontics & Dentofacial Orthopedics Practitioner and has over 23 years of experience in the medical field. He graduated from UNIVERSITY OF LOUISVILLE in and also received his Masters of Orthodontics from Loma Linda University.



## P4 Pharmacy

P4 Pharmacy is a long term care pharmacy specializing in care and services for residents of assisted living communities and home health/hospice patients. With 24/7 access to pharmacist assistance, delivery, and other convenient services, P4 Pharmacy provides excellent care to meet the needs of each patient and community.

Neuragenex  |  South Jordan, UT



## South Jordan, UT

South Jordan is a suburb of Salt Lake City and is one of the best places to live in Utah. Living in South Jordan offers residents a dense suburban feel and most residents own their homes. South Jordan is home to Daybreak, a masterplanned community on a grand scale. Daybreak is designed to be a walkable community, and features large amounts of open space, 22 miles of walking trails (and growing) and even a 67 acre lake. It is designed to balance the social, environmental and economic needs of residents and local businesses.

- The current population estimate is **80,139**
- Median Age: **33.1**
- Median Household Income is **$111,774**
- Total Households: **23,251**

- Owner Occupied: **84%**
- Renter Occupied: **16%**
- Median Home Price: **$460,600**
- Median Rental Rate: **$1,533**



Neuragenex  |  South Jordan, UT

## South Jordan, UT







Neuragenex  |  South Jordan, UT

## Local Traffic Counts



**Neuragenex  |  South Jordan, UT**

Source: UDOT





Millcreek Commercial  |  1064 S North County Blvd, Suite 350, Pleasant Grove, UT 84062

Neuragenex | South Jordan, UT

## Lease Abstract

| | |
|---|---|
| Tenants | Neuragenex (Anchor Tenant), Elison Orthodontics, P4 Pharmacy |
| Guarantor | Personal; President, Founder, CEO |
| Address | 3583 W 9800 S, South Jordan, UT |
| Building Size (SF) | 13,526 Square Feet |
| Year Built | 2019 |
| Rent Commencement | Estimated October 2023 |
| Lease/Rent Expiration | 2043 |
| Lease Term Remaining | 20 Years, 8 years |
| Rental Increases | 2.0% annually |
| Renewal Options | Various |
| Renewal Notice | 6 months |
| Option Increases | Yes |
| Lease Type | Absolute NNN |
| Landlord Responsibilities | Zero |
| Insurance/Taxes/CAM/Utilities | Tenant |
| ROFO | No |
| Estoppel | As needed |
| Ownership Interest | TIC fee simple estate |



### Millcreek Commercial

385.248.0613 | contact@millcreekcommercial.com