---------- Forwarded message ---------
From: **Mark Machlis** <Mark@greenivyrealty.com>
Date: Fri, Oct 27, 2023 at 10:44 AM
Subject: Re: New owners in South Jordan
To: Ileana La Ragione <ileana@millcreekcommercial.com>, Ashley Wolocatiuk <Ashley@greenivyrealty.com>
Cc: Jamie Anderson <jamie@millcreekcommercial.com>

There is no chance that rent will magically appear before we make distributions to TIC owners.  We are faced with having to distribute a very small amount of rents between a lot of owners

We need to understand how Millcreek wants to handle this before the 9th.

Mark

Get Outlook for iOS