Brett Anderson (11809)
**Blackburn & Stoll, LC**
257 East 200 South, #800
Salt Lake City, UT 84111
Telephone: 801-578-3540
bretta@blackburn-stoll.com

A. Lee Rigby
David C. Lawrence
William A. Duncan
Braden N. Anderson
**Rigby Slack, PLLC**
3500 Jefferson St., Suite 330
Austin, Texas 78731
Telephone: 512-782-2060
lrigby@rigbyslack.com
dlawrence@rigbyslack.com
wduncan@rigbyslack.com
banderson@rigbyslack.com

*Attorneys for the Plaintiffs*

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHERYL TOMAC, an individual and trustee of the Tomac Trust, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COLLIERS INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | **PLAINTIFFS' SUR-REPLY TO DEFENDANT KEVIN LONG'S MOTION TO DISMISS** <br><br> Case No. 2:24-cv-00774-DBP |

Plaintiffs Cheryl Tomac, trustee of the Tomac Trust;  Royal West Properties, LLC (Willard

Malmstrom, manager); Colleen Overson, trustee of the Wayne B. Bulau Irrevocable Trust; James

Herbert, trustee of the Revocable Trust Agreement of James A. Herbert; Janice Young; J. Lynne

Kneedy, trustee of the J. Lynn Kneedy Trust; John Kurtz; Marjorie Reid, trustee of the Marjorie

Ann Reid Trust; Glenwood Ventures LLC (Elizabeth Carlston and Benjamin Allen, managers);

1

JSGV Properties, LLC (Jennifer Smith, manager); MaxHan Holdings, LLC (Monika Hansen, manager); Ivan Warner, Windmill Properties II, LLC (Simon DeJong, manager); Green Cove Investments, LLC (James Tucker, manager); Quaking Aspen Properties, LLC (Gerald DelPriore and Marisa Fontaine, managers), and Joan Befort, trustee of the Joan Alice Befort Living Trust (collectively, "Plaintiffs"), through undersigned counsel submit this proposed Sur-Reply to Defendant Kevin Long's Motion to Dismiss with prejudice Plaintiffs' Second Amended Complaint [Dkt. 174] (the "Motion").[1] The Second Amended Complaint [Dkt. 173] shall be referred to as "SAC," and Defendant Kevin Long shall be referred to as "Long."

## ARGUMENT

In his Reply, Kevin Long relies on an email excerpt to suggest that he lacked knowledge of its contents because he was not copied on the original correspondence. Dkt. 195 at 3 (citing Dkt. 195-2). That suggestion is inaccurate. Although Kevin Long was not copied on the *initial* email, the message was promptly forwarded to him expressly for his awareness. *See* Exhibit A ("Kevin, Please find Mark's response concerning rents in November.").[2] The forwarding email appears immediately above the original message and conveys the same substantive content. *Id*.

Accordingly, any insinuation that Kevin Long lacked knowledge of the email's contents is directly contradicted by the entirety of the thread. Kevin Long's Reply exhibit omits this forwarding communication, and the omission creates an incomplete picture of the record. Plaintiffs

---

[1] This proposed Sur-Reply and its attachment are being submitted in conjunction with Plaintiffs' Motion for Leave to File Sur-Reply.

[2] This exhibit was previously produced in a separate matter and was initially designated "Confidential." Pursuant to an agreement with counsel for Defendant Kevin Long, the exhibit has since been de-designated and is submitted here without restriction.

submit this Sur-Reply (and attached <u>Exhibit A</u>) solely to clarify this point and to demonstrate that

Long (i) received communications involving the quoted email and (ii) was aware of its contents.[3]

      RESPECTFULLY SUBMITTED this 20th day of January 2026.


                _/s/ A. Lee Rigby_

                **BLACKBURN & STOLL, LC**
                Brett Anderson (11809)
                257 East 200 South, #800
                Salt Lake City, UT 84111
                Telephone: 801-578-3540
                bretta@blackburn-stoll.com

                **RIGBY SLACK, PLLC**
                A. Lee Rigby (*pro hac vice*)
                David C. Lawrence (*pro hac vice*)
                William A. Duncan (*pro hac vice*)
                Braden N. Anderson (*pro hac vice*)
                3500 Jefferson St., Suite 330
                Austin, Texas 78731
                Telephone: 512-782-2060
                lrigby@rigbyslack.com
                dlawrence@rigbyslack.com
                wduncan@rigbyslack.com
                banderson@rigbyslack.com

                *Attorneys for the Plaintiffs*

---

[3] This is also especially probative given that Plaintiffs' claims against Long are premised on both misrepresentations and omissions, and Plaintiffs' related footnote [Dkt. 195 at 3 n.2] ignores that liability can attach due to one's failure to correct prior misleading statements.

## <u>CERTIFICATE OF SERVICE</u>

By my signature above, I hereby certify that on January 20, 2026, the foregoing was forwarded via the CM/ECF system to all parties entitled to notice of the same.

# EXHIBIT A

| | |
|---|---|
| **Date:** | Wed, 1 Nov 2023 1:30:26 PM -0600 |
| **Sent:** | Wed, 1 Nov 2023 1:30:11 PM -0600 |
| **Subject:** | Fwd: New owners in South Jordan |
| **From:** | Ileana La Ragione <ileana@millcreekcommercial.com> |
| **To:** | Kevin Long <kevin@millcreekcommercial.com>; |

Kevin,
Please find Mark's response concerning rents in November.
Ileana


---------- Forwarded message ---------
From: **Mark Machlis** <Mark@greenivyrealty.com >
Date: Fri, Oct 27, 2023 at 10:44 AM
Subject: Re: New owners in South Jordan
To: Ileana La Ragione <ileana@millcreekcommercial.com >, Ashley Wolocatiuk < Ashley@greenivyrealty.com >
Cc: Jamie Anderson <jamie@millcreekcommercial.com >


There is no chance that rent will magically appear before we make distributions to TIC owners.  We are faced with having to distribute a very small amount of rents between a lot of owners

We need to understand how Millcreek wants to handle this before the 9th.

Mark

Get Outlook for iOS

---

**From:** Ileana La Ragione <ileana@millcreekcommercial.com>
**Sent:** Friday, October 27, 2023 10:31:02 AM
**To:** Ashley Wolocatiuk <Ashley@greenivyrealty.com >
**Cc:** Jamie Anderson <jamie@millcreekcommercial.com >; Mark Machlis <Mark@greenivyrealty.com >
**Subject:** Re: New owners in South Jordan

I uploaded all his info to the drive yesterday. I contacted him and he is good for now. Maybe when rent is deposited, can you let him know?
Thanks,
Ileana


On Fri, Oct 27, 2023 at 10:29 AM Ashley Wolocatiuk  <Ashley@greenivyrealty.com > wrote:


Sure, who is it and what is the contact information?


**Ashley M. Wolocatiuk**

**NMLS# 11873763- SA00**

**707-888-1383**

Exhibit
A

LONG001444