# EXHIBIT A

| | |
|---|---|
| **Date:** | Wed, 1 Nov 2023 1:30:26 PM -0600 |
| **Sent:** | Wed, 1 Nov 2023 1:30:11 PM -0600 |
| **Subject:** | Fwd: New owners in South Jordan |
| **From:** | Ileana La Ragione <ileana@millcreekcommercial.com> |
| **To:** | Kevin Long <kevin@millcreekcommercial.com>; |

Kevin,
Please find Mark's response concerning rents in November.
Ileana

---------- Forwarded message ---------
From: **Mark Machlis** <Mark@greenivyrealty.com>
Date: Fri, Oct 27, 2023 at 10:44 AM
Subject: Re: New owners in South Jordan
To: Ileana La Ragione <ileana@millcreekcommercial.com>, Ashley Wolocatiuk <Ashley@greenivyrealty.com>
Cc: Jamie Anderson <jamie@millcreekcommercial.com>

There is no chance that rent will magically appear before we make distributions to TIC owners. We are faced with having to distribute a very small amount of rents between a lot of owners

We need to understand how Millcreek wants to handle this before the 9th.

Mark

Get Outlook for iOS

**From:** Ileana La Ragione <ileana@millcreekcommercial.com>
**Sent:** Friday, October 27, 2023 10:31:02 AM
**To:** Ashley Wolocatiuk <Ashley@greenivyrealty.com>
**Cc:** Jamie Anderson <jamie@millcreekcommercial.com>; Mark Machlis <Mark@greenivyrealty.com>
**Subject:** Re: New owners in South Jordan

I uploaded all his info to the drive yesterday. I contacted him and he is good for now. Maybe when rent is deposited, can you let him know?
Thanks,
Ileana

On Fri, Oct 27, 2023 at 10:29 AM Ashley Wolocatiuk <Ashley@greenivyrealty.com> wrote:

Sure, who is it and what is the contact information?

**Ashley M. Wolocatiuk**

**NMLS# 11873763- SA00**

**707-888-1383**

Exhibit A