Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendant Kevin Long*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| TOMAC TRUST; ROYAL WEST PROPERTIES, LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MILLCREEK COMMERCIAL PROPERTIES LLC, et al.,<br><br>Defendants. | KEVIN LONG'S THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT [DKT. #173]<br><br>Civil No. 2:24-cv-00774-DBP<br><br>Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

RELIEF SOUGHT AND GROUNDS FOR THE RELIEF

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant Kevin Long ("Long") and Plaintiffs Cheryl Tomac, Willard Malmstrom, Colleen Overson, James Herbert, Janice Young, John Kurtz, Marjorie Reid, Elizabeth Carlston, Benjamin Allen, Jennifer Smith, Monika Hansen, Ivan Warner, Simon Dejong, James Tucker, Gerald Del Priore, Marisa Fontaine, and Joan Befort ("Plaintiffs"), through their respective counsel, hereby jointly move the

Court to extend the time for Long to answer or otherwise respond to Plaintiffs' Second Amended Complaint [Dkt. 173] by 30 days, from September 28, 2026, to October 28, 2026.

Good cause exists for the requested extension because Long and Plaintiffs have agreed to settle Plaintiffs' claims against Long, have signed a settlement agreement, and anticipate soon filing a stipulated motion to dismiss Long from this action with prejudice, thereby obviating the need for Long to respond to the Second Amended Complaint. A proposed order is attached hereto as Exhibit "A."

DATED: September 28, 2026.

**PARR BROWN GEE & LOVELESS, P.C.**

/s/ Terry E. Welch
Terry E. Welch
Bentley J. Tolk
Rodger M. Burge

*Attorneys for Defendant Kevin Long*

DATED: September 28, 2026.

**BLACKBURN & STOLL, LC**

/s/ Brett N. Anderson*
Brett N. Anderson

*Attorneys for Plaintiffs*

*Signed by filing attorney with permission granted by counsel via email dated September 28, 2026.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of September, 2026 a true and correct copy of the foregoing KEVIN LONG'S THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT [DKT. #173] was filed with the Clerk of the Court using the CM/ECF system, providing notice thereof to all parties having made an appearance in this matter.

/s/ Terry E. Welch