# EXHIBIT A

Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendant Kevin Long*

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| TOMAC TRUST; ROYAL WEST PROPERTIES, LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MILLCREEK COMMERCIAL PROPERTIES LLC, et al.,<br><br>Defendants. | ORDER GRANTING KEVIN LONG'S THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT [DKT. #173]<br><br>Civil No. 2:24-cv-00774-DBP<br><br>Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

Having considered Kevin Long's Third Stipulated Motion for Extension of Time to File Answer to Second Amended Complaint [Dkt. #173] (the "Motion") filed by Defendant Kevin Long ("Long") and Plaintiffs Cheryl Tomac, Willard Malmstrom, Colleen Overson, James Herbert, Janice Young, John Kurtz, Marjorie Reid, Elizabeth Carlston, Benjamin Allen, Jennifer Smith, Monika Hansen, Ivan Warner, Simon Dejong, James Tucker, Gerald Del Priore, Marisa Fontaine, and Joan Befort on September 28, 2026, and for good cause appearing, the Court hereby

GRANTS the Motion and ORDERS that the deadline for Long to answer or otherwise respond to the Second Amended Complaint is extended through and including October 28, 2026.

DATED this _________ day of September, 2026.

BY THE COURT:

______________________________
Honorable Dustin B. Pead
United States Magistrate Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of September, 2026 a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING KEVIN LONG'S THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT [DKT. #173] was filed with the Clerk of the Court using the CM/ECF system, providing notice thereof to all parties having made an appearance in this matter.

/s/ Terry E. Welch