Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendant Kevin Long*

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| TOMAC TRUST; ROYAL WEST PROPERTIES, LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MILLCREEK COMMERCIAL PROPERTIES LLC, et al.,<br><br>Defendants. | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST KEVIN LONG AND BRIAN MARTINEZ**<br><br>Civil No. 2:24-cv-00774-RJS-DBP<br><br>Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and Defendant Kevin Long ("Long"), by and through their counsel of record, hereby stipulate and move the Court to dismiss all claims and causes of action by Plaintiffs against Long and against Defendant Brian Martinez ("Martinez") in this lawsuit, with prejudice on the merits, and to dismiss Long and Martinez, with prejudice, as defendants in this lawsuit, each of Plaintiffs, Long and Martinez to bear his/her/its own attorneys' fees and costs associated with this lawsuit and the dismissal thereof. Plaintiffs and

Long so stipulate and move on the grounds that Plaintiffs and Long have entered into a confidential written settlement agreement that fully resolves all claims and causes of action brought in this lawsuit against Long and Martinez. A copy of the proposed Order of Dismissal with Prejudice of All Claims Against Kevin Long and Brian Martinez, which has been approved as to form and content by Plaintiffs and Long, is attached as Exhibit "A."

DATED this 23rd day of October 2026.

**PARR BROWN GEE & LOVELESS, P.C.**

*/s/ Bentley J. Tolk*
Terry E. Welch
Bentley J. Tolk
Rodger M. Burge

*Attorneys for Defendant Kevin Long*

DATED this 23rd day of October 2026.

**BLACKBURN & STOLL LC**

*/s/ Brett N. Anderson*
Brett N. Anderson

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of October, 2026, a true and correct copy of the foregoing **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST KEVIN LONG AND BRIAN MARTINEZ** was filed with the Clerk of the Court using the CM/ECF system, providing notice thereof to all parties having made an appearance in this matter.

*/s/ Brittany D.P. Winfield*