# EXHIBIT A

Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendant Kevin Long*

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| TOMAC TRUST; ROYAL WEST PROPERTIES, LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MILLCREEK COMMERCIAL PROPERTIES LLC, et al.,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST KEVIN LONG AND BRIAN MARTINEZ**<br><br>Civil No. 2:24-cv-00774-RJS-DBP<br><br>Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

Based upon the Stipulated Motion for Dismissal with Prejudice of All Claims Against Kevin Long and Brian Martinez, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulated Motion is granted, and that all claims and causes of action by Plaintiffs against Kevin Long and against Brian Martinez in this lawsuit, are dismissed with prejudice on the merits, and that Kevin Long and Brian Martinez are dismissed, with prejudice, as defendants in this lawsuit, each of Plaintiffs, Kevin

Long and Brian Martinez to bear his/her/its own attorneys' fees and costs associated with this lawsuit and the dismissal thereof.

DATED this _________ day of October, 2026.

BY THE COURT:

______________________________
Honorable Robert J. Shelby
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of October, 2026, a true and correct copy of the foregoing proposed **ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST KEVIN LONG AND BRIAN MARTINEZ** was filed with the Clerk of the Court using the CM/ECF system, providing notice thereof to all parties having made an appearance in this matter.

*/s/ Brittany D.P. Winfield*