IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHERYL TOMAC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MILLCREEK COMMERCIAL PROPERTIES LLC, et al.,<br><br>Defendants. | **ORDER**<br><br>Case No. 2:24-cv-00774-RJS-DBP<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Before the court is Plaintiff and Defendant Kevin Long's Stipulation for Dismissal of Plaintiffs' claims against Long and Defendant Brian Martinez.[1] Martinez is not a party to the Motion, nor has he appeared or otherwise engaged in this action.[2] Federal Rule of Civil Procedure 41 requires a stipulation of dismissal be "signed by all parties who have appeared."[3] Accordingly, the court GRANTS the Motion and dismisses Plaintiffs' claims against Long and Martinez with prejudice per the terms of the stipulated dismissal, with each party to bear their own costs and fees.[4]

---

[1] Dkt. 218, *Stipulated Motion for Dismissal With Prejudice of All Claims Against Kevin Long and Brian Martinez* (*Motion*).

[2] *See id.*; *see generally Docket*.

[3] Fed. R. Civ. P. 41(a)(1)(A)(ii).

[4] Dkt. 218.

SO ORDERED this 27th day of October, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge